Case 7:21-cr-00492-CS   Document 43   Filed 06/21/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |
| v. | ) |
| Raul Rodriguez Urena | ) Case No: 21-CR-492 (CS) |
|  | ) USM No: 17467-509 |

Date of Original Judgment: 11/29/2021
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   90 months   months **is reduced to**   87 months  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Mr. Rodriguez Urena is reminded that it will not go well for him should he return to this country after being shown leniency.

Except as otherwise provided, all provisions of the judgment dated   11/29/2021   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   06/18/2024

*Cathy Seibel*
*Judge's signature*

Effective Date:
*(if different from order date)*

Cathy Seibel, U.S.D.J.
*Printed name and title*